STATE OF NORTH CAROLINA v. ESTELLA RICHARDSON

No. 150

(Filed 15 December 1971)

APPEAL by defendant from *McLean, J.*, July 19, 1971, Schedule "B" Session of MECKLENBURG Superior Court.

The defendant, Estella Richardson, was indicted for murder in the second degree for killing Sara Mae Green. The indictment specifically stated the killing was with malice aforethought, but without premeditation and deliberation. The defendant, represented by court-appointed counsel, entered a plea of not guilty.

At the trial the State offered eyewitnesses who testified that on June 30, 1970, they were visitors at the home of the defendant, Estella Richardson, at 440 North Summit Avenue in Charlotte. At about seven o'clock in the evening, Sara Mae Green (the deceased) appeared in the yard outside the defendant's house. The defendant speaking to Sara Mae Green said, "didn't I tell you to stay away from my house . . . don't you believe I'll shoot you . . . . " Estella and Rufus Johnson began scuffling over a pistol in Estella's possession. When Estella promised not to use the pistol he released her. She then addressed Sara Mae, "poor bitch, don't you believe I'll shoot you" and Sara Mae said, "shoot" and Estella shot Sara Mae. Sara Mae was unarmed. Dr. Wood, a qualified pathologist, testified that on June 30, 1970, Sara Mae Green died as a result of the gunshot wound.

The defendant testified she had ordered the deceased, Sara Mae Green, to stay away from her house. On the day of the shooting Sara Mae appeared, stated that she had come to "whoop" the defendant. She reached in her bosom (for a weapon), then the defendant shot her in self-defense. None of the witnesses corroborated the defendant's testimony.

The jury returned a verdict of guilty of murder in the second degree. From the judgment that the defendant be imprisoned for a term of twenty-one years, she appealed. The court, finding the defendant to be indigent, entered an order permitting her to appeal as a pauper and appointed her trial counsel to prosecute her appeal.

---

State v. Richardson

---

*Robert Morgan, Attorney General by James L. Blackburn, Assistant Attorney General for the State.*

*T. O. Stennett for defendant appellant.*

PER CURIAM.

Defense counsel stated he has searched the record and has been unable to discover anything properly assignable as error. As defense counsel requested, this Court has carefully reviewed the record. We find the indictment in proper form, the evidence abundantly sufficient to make out a case of murder in the second degree, and the prison sentence within the limits prescribed for the offense charged. The defendant's testimony that she acted in self-defense in firing the fatal shot is contradicted by all other witnesses.

In the trial and judgment we find

No error.